IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gaston, Michael | Case Number: 04 B 42431 |
|---|---|---|
| | Gaston, Rockkeya M | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 11/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  August 1, 2008
Confirmed:  January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 66,500.00 | |
| Secured: | | 56,867.95 |
| Unsecured: | | 3,438.78 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,460.31 |
| Other Funds: | | 32.96 |
| Totals: | 66,500.00 | 66,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Midland Mortgage Company | Secured | 45,342.17 | 45,323.47 |
| 3. | Mercury Finance Co | Secured | 5,546.35 | 5,546.35 |
| 4. | Midland Mortgage Company | Secured | 5,618.13 | 5,618.13 |
| 5. | City Of Chicago | Secured | 380.00 | 380.00 |
| 6. | World Financial Network Nat'l | Unsecured | 278.97 | 278.97 |
| 7. | Mercury Finance Co | Unsecured | 1,841.02 | 1,841.02 |
| 8. | ECast Settlement Corp | Unsecured | 1,299.12 | 1,299.12 |
| 9. | City Of Chicago | Unsecured | 19.67 | 19.67 |
| 10. | Argent Mortgage Company | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 13. | University Of Illinois Hospital | Unsecured | | No Claim Filed |
| 14. | Verizon Wireless | Unsecured | | No Claim Filed |
| 15. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 16. | West Suburban Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 63,025.43 | $ 63,006.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 468.00 |
| 4% | 143.99 |
| 3% | 161.74 |
| 5.5% | 891.51 |
| 5% | 262.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gaston, Michael  
　　　　　Gaston, Rockkeya M  
　　　　　Printed:  9/3/08

Case Number:  04 B 42431  
Judge:  Wedoff, Eugene R  
Filed:  11/15/04

```
                 4.8%              494.40
                 5.4%            1,038.18
                               _____
                               $ 3,460.31
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

　　　　　　　　　　　　　　　_(signature)_____